UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC MCCALL (#418559)                                   CIVIL ACTION

VERSUS

TROY PORET, ET AL.                                      NO.:15-00194-BAJ-EWD

RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 77)**, pursuant to 28 U.S.C. § 636(b)(1), on Defendants' **Motion for Summary Judgment (Doc. 50)** seeking to dismiss Plaintiff's 42 U.S.C. § 1983 claims. The Magistrate Judge recommended that Defendants' **Motion for Summary Judgement (Doc. 50)** be denied.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date of the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 77 at p. 1). No objections were filed.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 77)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendants' **Motion for Summary Judgment (Doc. 50)** is **DENIED**.

Baton Rouge, Louisiana, this 18th day of January, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**